No. 899. KANSAS TURNPIKE AUTHORITY v. ABRAMSON ET AL., EXECUTORS. C. A. 10th Cir. Certiorari denied. *Edward F. Arn* and *Gale Moss* for petitioner. *Clarence V. Beck* for respondents. 

No. 809. KERN ET AL. v. COLUMBIA GAS SYSTEM, INC., ET AL.; and

No. 883. VANSTON BONDHOLDERS PROTECTIVE COMMITTEE v. COLUMBIA GAS SYSTEM, INC., ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of these applications. *George Zolotar, Leo T. Wolford* and *Edwin R. Denney* for petitioners in No. 809. *George W. Jaques* for petitioner in No. 883. *Edward S. Pinney, Hugh R. H. Smith, Seldon S. McNeer* and *Robert K. Emerson* for respondents. *Solicitor General Rankin, Wayne G. Barnett, Thomas G. Meeker, David Ferber, Arthur Blasberg, Jr.* and *Richard B. Pearl* for the Securities and Exchange Commission. Reported below: 275 F. 2d 509.

No. 541, Misc. SARDO v. NEW YORK. Appellate Division of the Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 732, Misc. MOORE v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 748, Misc. FRAZIER ET AL. v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Timothy V. A. Dillon* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Theodore G. Gilinsky* for the United States.